RAYMOND P. BOLAÑOS (SBN 142069)
AT&T SERVICES, INC., LEGAL DEPT.
430 Bush Street, 6th Floor
San Francisco, CA 94108
Telephone:  415.268.9491
Facsimile:   415.543.0418
*raymond.bolanos@att.com*

AARON M. SHANK (*Pro Hac Vice*)
PORTER WRIGHT MORRIS & ARTHUR LLP
41 South High Street, Suites 2800 – 3200
Columbus, OH 43215
Telephone: 614.227.2110
Facsimile:  614.227.2100
*ashank@porterwright.com*

Attorneys for Plaintiff
New Cingular Wireless PCS, LLC d/b/a AT&T Mobility

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NEW CINGULAR WIRELESS PCS, LLC, D/B/A AT&T MOBILITY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF WEST COVINA, CALIFORNIA,<br><br>Defendant. | Case No.  2:22-cv-1642-MEMF (JCx)<br><br>**JOINT REPORT REGARDING SCOPE OF AT&T'S FACTUAL OR AUTHENTICATION TESTIMONY** |

Joint Report Re. Authentication Testimony
Case No. 2:22-cv-1642-MEMF (JCx)

1  Plaintiff New Cingular Wireless PCS, LLC ("AT&T"), and Defendant City of West
2  Covina ("City") (collectively the "Parties") hereby submit this joint report regarding the scope of
3  factual and authentication testimony that AT&T intends to present at trial in light of the Court's
4  Order on the Parties motions *in limine* (ECF No. 106).
5  On December 8, 2023, counsel for the Parties met and conferred to discuss pretrial issues,
6  including the scope of factual and authentication testimony that AT&T intends to present at trial.
7  AT&T intends to call its listed witnesses for the intended authentication testimony, and has
8  amended the Joint Exhibit List to clarify its intended authentication, foundational, and factual
9  witnesses. The City's position remains the same relative to its objections on issues of
10 authentication, foundation, and other objections. Also this day, the Parties have also filed an
11 Amended Joint Exhibit List (ECF No. 109).

Dated: December 8, 2023

AT&T SERVICES, INC. LEGAL DEPT.

By: */s/Raymond P. Bolaños*
Raymond P. Bolaños
Attorneys for Plaintiff
New Cingular Wireless PCS, LLC

PORTER, WRIGHT, MORRIS & ARTHUR LLP

By: */s/Aaron M. Shank*
Aaron M. Shank *(Pro Hac Vice)*
Attorneys for Plaintiff
New Cingular Wireless PCS, LLC

Dated: December 1, 2023

JONES MAYER

By: */s/Krista MacNevin Jee*
Melissa M. Ballard
Krista MacNevin Jee
Attorneys for Defendant
City of West Covina

## PROOF OF SERVICE

The undersigned hereby certifies that, on this 8th day of December 2023, the foregoing *Joint Report Regarding Scope of AT&T's Factual or Authentication Testimony* was served by filing this document with the Central District of California's CM/ECF system, which provided a notice of electronic filing to all counsel of record.

By: */s/ Aaron M. Shank (Pro Hac Vice)*
Aaron M. Shank *(Pro Hac Vice)*
Attorneys for Plaintiff
New Cingular Wireless PCS, LLC

23450479v1

Joint Report Re. Authentication Testimony
Case No. 2:22-cv-1642-MEMF (JCx)