UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW CINGULAR WIRELESS PCS, LLC, D/B/A AT&T MOBILITY, a Delaware limited liability company,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF WEST COVINA, CALIFORNIA,<br><br>　　　　　　　Defendant. | Case No.: 2:22-cv-1642-MEMF (JCx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE [ECF NO. 115]** |

　　Based on the parties' Joint Stipulation to Dismiss (ECF No. 115), the Court hereby ORDERS that the entire matter is dismissed with prejudice. All other dates and deadlines in this matter are hereby vacated.

　　IT IS SO ORDERED.

Dated: December 18, 2023

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MAAME EWUSI-MENSAH FRIMPONG
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1